**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1044**

CASSANDRA JEAN FRY,

Plaintiff - Appellant,

and

C.S.J.W.,

Plaintiff,

v.

BRENNAN WIMBISH; CHRISTY A. ZLATKUS; J.B. MEALY AND
ASSOCIATES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Senior District
Judge. (8:14-cv-03875-DKC)

Submitted: March 17, 2015          Decided:  March 20, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Cassandra Jean Fry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cassandra Jean Fry appeals the district court's orders remanding this removed action to state court for lack of jurisdiction and denying reconsideration. An order remanding a case to state court is generally not reviewable on appeal or otherwise. 28 U.S.C. § 1447(d) (2012). The Supreme Court has limited the scope of § 1447(d), prohibiting appellate review of remand orders based on a defect in the removal procedure or lack of subject matter jurisdiction. Quackenbush v. Allstate Ins. Co., 517 U.S. 706, 711-12 (1996); see 28 U.S.C. § 1447(c) (2012). In this case, remand was based on lack of subject matter jurisdiction over a child custody dispute.

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2